UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MOREHOUSE HOMES, INC., et al., | Case No. 15-cv-00733-HSG |
|---|---|
| Plaintiffs, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| KALIB M. BABCOCK, et al., | |
| Defendants. | Re: Dkt. No. 10 |

The court has reviewed Magistrate Judge Spero's Report and Recommendation Re: Remand to State Court. The time for objections has passed and none were filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to the Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: April 29, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge